PHILLIP A. TALBERT
United States Attorney
AARON D. PENNEKAMP
ANGELA L. SCOTT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-MJ-00091-JDP-13 |
|---|---|
| Plaintiff, | ORDER TO DISMISS COMPLAINT |
| v. | |
| ALEJANDRO ALVAREZ, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a) and based upon the government's Motion to Dismiss, IT IS HEREBY ORDERED that the complaint in the above-entitled case against ALEJANDRO ALVAREZ is DISMISSED only as to defendant ALEJANDRO ALVAREZ.

Dated: February 1, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE